PER CURIAM.

(No. 74-CC-145—Claimant )

MULTIGRAPHICS DIVISION, Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed April 2, 1974.*

MULTIGRAPHICS DIVISION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; EDWARD L. S. ARKEMA, JR., Assistant Attorney General, for Respondent.

PER CURIAM.